FILED

LATOSHIA ANN THOMPSON-*UNSHELTERED HOMELESS*
4300 S. LEIMERT BLVD
LOS ANGELES, CA, 90008
Contact: latoshiat@gmail.com
Phone Number: (213) 534-8235

2017 MAY -9 PM 4: 23

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

County of Los Angeles

CV 17 - 03 5 0 3-VBF(KS)

LATOSHIA ANN THOMPSON,

Plaintiff,

vs.

City of Los Angeles; Board of Police
Commissioners; Chief of Police; Charles L.
Beck; Captain II of Police Air Support
Division  Alfonso Lopez; Fire Chief, Ralph
Terrazas; Homeless Services Authority;
Shane Goldsmith, LAHSA Vice Chair;
Recreation and Parks; General Manager,
Michael Schull; DEFENDANT DOES 1-10

Defendant(s)

AND ALL RELATED CROSS-ACTIONS

COMPLAINT
CIVIL ACTION, FILE NO. BC632784

COMPLAINT              FROM STATE
COURT TO FEDERAL DISTRICT
COURT 28 U.S.C.S §§ 1331, 1345

*COMPLAINT FILED 9/2/16*
*TRIAL DATE: NONE SET*

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT, FOR THE
CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES  SECOND DIVISION:**

The COMPLAINT    LATOSHIA ANN THOMPSON , by and with written consent of

PLAINTIFF herein, respectfully shows:

1.     On September 2, 2016 an action was commenced against City of Los Angeles, et. al.

Defendant(s) in the Superior Court of California, County of Los Angeles, No. BC632783-

ENTITLED LATOSHIA ANN THOMPSON, Plaintiff v. City of Los Angeles;Board of Police

Commissioners;   Chief of Police; Charles L. Beck; Captain II of Police Air Support Division Alfonso Lopez; Fire Chief, Ralph Terrazas; Homeless Services Authority; Shane Goldsmith, LAHSA Vice Chair; Recreation and Parks; General Manager, Michael Schull DEFENDANT DOES 1-10; Defendant's.

2.      On October 4, 2017, through November 11, 2016 service was made to on ALL defendants of a summons and complaint, copies of which are annexed to this notice. Amendment to Complaint granted and issued 03/08/2017 was issued 03/06/2017 due to factors revolving in "Other paper's" served 05/04/2017.

3.      The above-described civil action is a civil action of which this court has original jurisdiction under provisions of United States Code, Title 42, Section 1983, and is one that may be removed under to this court by PLAINTIFF, pursuant to UNITED STATES Code, Title 28, Section 1331, 1345 according to the following facts:

A. § 265.122 [1] Allegation of Jurisdiction [Fed. R. Civ. P., RULE 8(a)(1)]-Civil Rights Action [28 U.S.C.S. § 1343]- DAMAGES for Conspiracy to Interfere [42 USCS § 1985] This is an action to recover damages for personal injuries to plaintiff or injury to plaintiff's property and deprivation of plaintiff's right's or privilege's as a citizen of the United States to [describe right or privilege] by an act done in  furtherance of a conspiracy mentioned in 42 United States Code Section 1985, as hereinafter more fully appears.  Jurisdiction is conferred on this court by 28 Untied States Code Section 1343.

B. § 265.123 [1] Allegation of Jurisdiction [Fed. R. Civ. P., RULE 8(a)(1)]-Civil Rights Action [28 U.S.C.S. S 1343]- Damages for Failure to Prevent Conspiracy to Interfere [42 USCS SS 1985, 1986]-  Plaintiff brings this action under 42 United States Code Section 1986 to recover damages for defendants failure to prevent or aid in preventing a wrong mentioned in 42 United States Code Section 1985, which defendant knew was about to

**NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL DISTRICT COURT 28 U.S.C.S §§ 1331, 1345**

occur and had the power to prevent as hereinafter more fully appears. Jurisdiction is conferred on this court by 28, United States Code Section 1343.

C.  § 265.93 [3] Allegation of Jurisdiction [Fed. R. Civ. P., RULE 8(a)(1)]General Federal Question [28 U.S.C.S. S 1331] -This action arises under the United States Constitution, Article 42 Section 1983 or Fourth Amendment to the United States Constitution Section as hereinafter nice fully appears.

D.  § 265.120 [1] Allegation of Jurisdiction [Fed. R. Civ. P., RULE 8(a)(1)]-Civil Rights Action [28 U.S.C.S. S 1343]- This is an action to redress the deprivation under color of law, custom or usage of the State of California, of a[n] Police Officer, Depriving the rights or privileges or immunity] secured to plaintiff by the 42 U.S.C. § 1983, providing for equal rights of citizens within the jurisdiction of the United States. Jurisdiction is conferred on this court by 28 United States Code Section 1343.

E.  § 265.132 [1] Allegation of Jurisdiction [Fed. R. Civ. P., RULE 8(a)(1)]- Action for damages under the Federal Tort Claims Act [28 U.S.C.S. S 1346(b)(1), 2671-2680] This action is brought under the Federal Tort Claims Act, [28 United States Code Sections 1346(b)(1), 2671-2680] as hereinafter more fully appears. Plaintiff is a citizen of Untied States.

4.    Plaintiff files herewith as original jurisdiction rests with this courts.

5.    The PLAINTIFF, LATOSHIA ANN THOMPSON, join in consent to the removal of this cause to the United States District Court for the Central District of California, Second Division.

WHEREFORE, Plaintiff prays that the above action now pending in Superior Court of California, County of Los Angeles, be removed therefrom to this Court.

**NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL DISTRICT COURT 28 U.S.C.S §§ 1331, 1345**

3

LATOSHIA ANN THOMPSON
*UNSHELTERED HOMELESS*
Pursuant to Claim

**Contact:** latoshiat@gmail.com
**Phone Number:** (213) 534-8235

MAY 9, 2017

Dated:

**NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL DISTRICT COURT 28 U.S.C.S §§ 1331, 1345**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☑ )

LATOSHIA ANN THOMPSON

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

City of Los Angeles et. al.

**(b)** County of Residence of First Listed Plaintiff  Los Angeles
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

LATOSHIA ANN THOMPSON
4300 LEIMERT BLVD
LOS ANGELES CA 90012  latoshiat@gmail.com

Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☑ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding.

☑ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multidistrict Litigation - Transfer

☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☐ No    (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☑ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

U.S.C.S. §§ 1331, 1345

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee ☐ 510 Motions to Vacate Sentence | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 530 General | ☐ 840 Trademark |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | **Other:** | ☐ 861 HIA (1395ff) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 540 Mandamus/Other | ☐ 862 Black Lung (923) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 550 Civil Rights | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 555 Prison Condition | ☐ 864 SSID Title XVI |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 893 Environmental Matters | | ☐ 360 Other Personal Injury | ☑ 440 Other Civil Rights | | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 448 Education | ☐ 790 Other Labor Litigation ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**    Case Number: CV17-03503

CV-71 (07/16)

CIVIL COVER SHEET

Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| [X] Yes  [ ] No<br><br>If "no, " skip to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | [X] Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | B.1.  Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | [ ] YES.  Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| [ ] Yes  [X] No | | [X] NO.  Continue to Question B.2. |
| If "no, " skip to Question C.  If "yes," answer Question B.1, at right. | B.2.  Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | [ ] YES.  Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [X] NO.  Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | C.1.  Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | [ ] YES.  Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| [X] Yes  [ ] No | | [X] NO.  Continue to Question C.2. |
| If "no, " skip to Question D.  If "yes," answer Question C.1, at right. | C.2.  Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | [ ] YES.  Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [X] NO.  Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [X] |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [X] |

| D.1.  Is there at least one answer in Column A? | D.2.  Is there at least one answer in Column B? |
|---|---|
| [ ] Yes  [X] No | [ ] Yes  [X] No |
| If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right.  ➡ | If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below.  ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above:  ➡ | LOS ANGELES |

**QUESTION F: Northern Counties?**

| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | [ ] Yes  [X] No |
|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court?**          ☒ NO          ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?**

☒ NO          ☐ YES

If yes, list case number(s):

**Civil cases** are related when they (check all that apply):

☐   A. Arise from the same or a closely related transaction, happening, or event;

☐   B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐   A. Arise from the same or a closely related transaction, happening, or event;

☐   B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**          DATE: 5/9/2017

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |